Goldsmith & Hull A.P.C./File: CDCS977
William I. Goldsmith (SBN 82183)
Jack D. Hull (91879)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street Suite 110
Northridge, CA 91343
Phone: (818) 990-6600
Fax: (818) 990-6140
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> POWER MEDIA GROUP, JOSE GRACIA, an individual, and DOES 1-10 <br><br> Defendant | CASE NUMBER: 16-1436 <br><br> _____ <br><br> COMPLAINT ON BREACH OF SMALL BUSINESS ADMINISTRATION LOAN CONTRACT |

Plaintiff alleges:

Jurisdiction

1. This Court has jurisdiction under 28 U.S.C., Sec. 1331, as this action involves the collection of sums due on loans made to defendant by the Small Business Administration.

2. Defendant POWER MEDIA GROUP ("POWER") and Defendant JOSE GRACIA ("GRACIA") reside in the City of Santa Clarita, County of Los Angeles, and City of Santa Clarita, County of Los Angeles, California respectively. Both locations are within the Central District of California.

## First Claim

3. On or about March 19, 2007, DEFENDANTS made and delivered to the Small Business Administration a promissory note payable to the Small Business Administration in the principal sum of $100,000.00 ("Exhibit 1").  A copy of Note 1 is attached to this complaint under "Exhibit 1" and is incorporated by reference.

4. On or about March 19, 2007, GRACIA signed the note on behalf of Power Media Group, Inc., the Borrower, as President/Secretary.  GRACIA additionally signed an unconditional guaranty, also known as a Commercial Guaranty, making a personal guaranty of said loan.  A copy of the Commercial Guaranty to Note 1 is attached to this complaint under "Exhibit 2" and is incorporated by reference.

5. Payments were made on this loan through June of 2010.  (õExhibit 3ö).

6. Demand letters were sent to POWER MEDIA GROUP and GRACIA on or about June 6, 2011.

7. Thereafter, DEFENDANTS made no further payments on Note 1. DEFENDANTS defaulted on Note 1 on or about April 19, 2010, and the loan has remained in default.

8. Prior to the commencement of this action, plaintiff accelerated all sums due on Note 1.

9. The sum of $92,245.40 is unpaid, due, and owing on Note 1, together with fees and costs per the Financial Management Service and Department of Justice of $31,382.46 (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 52). Once the debt is assigned to the Small Business Association due to default, pre-judgment interest thereon does not accrue.

10. Plaintiff has demanded that DEFENDANTS pay all unpaid sums on Note 1 but DEFENDANTS has refused and continues to refuse to do so.

Prayer

WHEREFORE, plaintiff prays for judgment against defendant for:

On the First Claim

1. The principal sum of $92,245.40;

2. Plus, fees and costs per the Financial Management Service and Department of Justice of $31,382.46. (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), and 28 U.S.C. 52);

3. A surcharge of ten percent (10%) of the amount of the debt, pursuant to 28 U.S.C., Sec. 3011

4. Costs as provided for by law;

5. Such other and further relief as the Court considers proper/

Dated: March 1, 2016               GOLDSMITH & HULL A.P.C.

   /S/ Michael L. Goldsmith
By: Michael L. Goldsmith
Attorney for Plaintiff