1  GOLDSMITH & HULL/File #CDCS977
   A Professional Corporation
2  William I. Goldsmith (SBN 82183)
   Michael L. Goldsmith (SBN 291700)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Tel.: (818) 990-6600
   Fax: (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) CASE NO. 2:16-CV-01436 DSF (AGRx) |
12 |         Plaintiff, | ) |
13 | v. | ) DEFAULT JUDGMENT |
14 | POWER MEDIA GROUP, JOSE GRACIA, an individual | ) |
15 |         Defendant. | ) |

    In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) POWER MEDIA GROUP, A Corporation, on **JULY 28,2016** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

    IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) POWER MEDIA GROUP, the sum of $92,245.40 principal, $31,382.46 accrued pre-judgment interest, $0.00 penalties/administrative charges, $.00

//
//
//
//

//

court cost, plus $.00 attorneys fees, less credits of $0.00, for a total of $123,627.86 plus interest from August 8, 2016, at the rate of $0.00 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: August 10, 2016

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
DEPUTY CLERK

:P549F