# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   vs.<br>POWER MEDIA GROUP, JOSE GRACIA, an individual, and DOES 1-10,<br>      Defendant | Case No.: :16-cv-01436-DSF-AGR<br>**JUDGMENT** |

The Court having granted Plaintiff's Motion for Summary Judgment,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff, United States of America, and against the Defendant, JOSE GRACIA as follows:

For the principal amount of $92,245.40, plus Fiscal Service Fee (30%) of $27,673.82, DOJ fee (3%) of $3,708.84, Attorney's Fees of $1,500.00 and Costs of

$459.00, for a total amount of $125,586.86.  Judgment to accrue interest at the legal rate until paid.

DATED:    12/15/16 _____

                         _____
                         Hon. Dale S. Fischer
                         United States District Judge